UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL LIRIANO,            : | |
| Petitioner            : | CIVIL ACTION NO. 3:21-1162 |
| v.            : | (JUDGE MANNION) |
| STEPHEN SPAULDING,            : | |
| Respondent            : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Liriano's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** as unexhausted.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  December 29, 2021
21-1162-01-ORDER